UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-117-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| STEVEN RANDALL BURCH | ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that D.E. 33 be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and counsel for the above-named Defendant.

SO ORDERED, this the __27__ day of January, 2021.

_____
TERRENCE W. BOYLE
United States District Judge